```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JESSICA BROOKE HALL,                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :           21 Civ. 3387 (JPC)
             -v-                                                       :
                                                                       :                ORDER
SCORES HOLDING COMPANY, INC. et al.,                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on April 17, 2021. Dkt. 1. The Court subsequently extended the time for service to November 1, 2021. Dkt. 26. Defendants Harvey Osher and Mark Yackow not appeared in this action, and the docket does not reflect whether they have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served . . . the court—on a motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff is ordered to file a status letter by November 19, 2021, describing (1) whether service of the summons and Complaint has been made on Osher and Yackow, and (2) if service has not been effected on those Defendants, whether Plaintiff requests an extension of time to serve those Defendants. If Plaintiff requests an extension of time to effect service, she shall include in her letter an explanation of why there is good cause to excuse her failure to serve Osaher and Yackow within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the

court must extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Osher and Yackow, Plaintiff must file proof of service on the docket no later than November 19, 2021.

    SO ORDERED.

Dated: November 12, 2021
       New York, New York

                                            JOHN P. CRONAN
                                       United States District Judge