```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JESSICA BROOKE HALL,                                                   :
                                                                       :
                         Plaintiff,                                    :
                                                                       :         21 Civ. 3387 (JPC)
              -v-                                                      :
                                                                       :              ORDER
SCORES HOLDING COMPANY, INC. et al,                                    :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff moved for default judgment and requested a Clerk's Certificate of Default on November 24, 2021. Dkt. 30. This filing had many errors. First, the motion for default judgment was filed before a Certificate of Default was issued, in violation of Local Rule 55.2(b) and the Court's Individual Rule 3D. Second, as a result of the first issue, a Certificate of Default was not served with the default judgment papers, in violation of Local Rule 55.2(c). Third, the proposed Certificate of Default did not comply with the Clerk's model posted on the Southern District's web page. And fourth, the supporting documents were filed together with the motion, rather than in separate docket entries, resulting in the rejection of the filing by the Clerk.

In light of the issues, extending the briefing schedule is necessary. Plaintiff shall move for default judgment against Scores Holding Company, Inc. and Club Azure, LLC (the "Defaulting Defendants") by December 29, 2021. The Defaulting Defendants shall oppose by January 12, 2022, and Plaintiff shall reply by January 19, 2022. The default judgment conference previously scheduled for January 6, 2022 is adjourned until January 26, 2022 at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

When complying with this Order, Plaintiff shall, first, request a Certificate of Default from the Clerk of Court, in compliance with the procedures outlined on the [Southern District's web page](#) and in Local Rule 55.1. After receiving the Certificate of Default from the Clerk, Plaintiff shall move for default judgment, in compliance with Federal Rule of Civil Procedure 55, Local Rule 55.2, the Court's Individual Rule 3D, and the Clerk's filing guidance on the docket. Counsel is directed to carefully review the applicable rules before making another attempt.

In addition to the service of the default judgment papers required by the aforementioned rules, Plaintiff shall serve this Order on the Defaulting Defendants via overnight courier within one week of the date of this Order, and file proof of service on the docket within two business days of service.

SO ORDERED.

Dated: December 14, 2021
      New York, New York

                                                             JOHN P. CRONAN
                                            United States District Judge