UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JESSICA BROOK HALL,                               Case No.: 21-cv-3387

                Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.,                     ECF Case
CLUB AZURE LLC, HARVEY OSHER, and
MARK S. YACKOW,

                Defendants,
-----------------------------------------------------------------x

## NOTICE OF DEFENDANT'S SCORES HOLDING COMPANY, INC.'S CROSS-MOTION TO DISMISS

Please take notice that upon the sworn Declarations of Robert Gans and Howard Rosenbluth, and accompanying exhibits, Defendants Scores Holding Company, Inc. will move this Court, before the Honorable Judge John P. Cronan, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order denying Plaintiff's motion for a default judgment and granting Defendants' cross-motion to dismiss Plaintiff's Complaint in the above-captioned case, pursuant to Rule 12 (b) (5) and (6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: December 15, 2021                           Respectfully submitted,

                                                                    /s/ Alison I. Blaine
Athena Pantelopoulos, Esq.                         *Attorney for Defendants Scores Holding*
Danny Grace, P.C.                                  *Company, Inc.*
222 Broadway, 19th Floor
New York, NY 10038
(646) 515-2821
*Attorneys for Plaintif*

The motion is denied without prejudice for failure to comply with the Court's Individual Rule 6(a). The parties are directed to appear at a status conference on December 20, 2021 at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: December 16, 2021
New York, New York

JOHN P. CRONAN
United States District Judge