```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JESSICA BROOKE HALL,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :             21 Civ. 3387 (JPC)
             -v-                                                   :
                                                                   :                 ORDER
SCORES HOLDING COMPANY, INC. et al,                                :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference previously scheduled for January 26, 2022, Dkt. 32, is adjourned *sine die*.

SO ORDERED.

Dated: January 21, 2022
       New York, New York                              _____
                                                             JOHN P. CRONAN
                                                       United States District Judge