UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA BROOKE HALL,<br><br>                    Plaintiff,<br><br>        v.<br><br>SCORES HOLDING COMPANY, INC., CLUB AZURE LLC, HARVEY OSHER, and JOHN DOE EXECUTOR OF THE ESTATE OF MARK YACKOW,<br><br>                    Defendants. | Case No.: 21-cv-3387 (JPC)<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Plaintiff, JESSICA BROOKE HALL, by and through her attorneys, Danny Grace PLLC, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) to enter default judgment in favor of Plaintiff and against Defendants CLUB AZURE LLC and HARVEY OSHER on the grounds that said defendants failed to appear, answer, or otherwise defend against the First Amended Complaint dated February 4, 2022.

Dated:  April 12, 2022              Dated:

                                    _____/s/_____
                                    Athena Pantelopoulos, Esq
                                    Danny Grace PLLC
                                    225 Broadway, Suite 1200
                                    New York, NY 10007
                                    *Attorneys for Plaintiff*

The motion is denied without prejudice. Where some, but not all, Defendants have appeared to defend an action, "the preferred practice is to withhold granting default judgment until the trial of the action on the merits against the remaining defendants." *Baker v. Weber*, No. 19 Civ. 1093 (JPC), 2021 WL 4480998, at *12 (S.D.N.Y. Sept. 30, 2021); *see also, e.g., Temache v. Tunnel Taxi Mgmt., LLC*, 354 F. Supp. 3d 149, 156 (E.D.N.Y. 2019).

SO ORDERED.
Date: April 19, 2022
New York, New York

JOHN P. CRONAN
United States District Judge