UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

                    Plaintiff,

-v-                                             CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

SCORES HOLDING COMPANY, INC. et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      Accordingly, a Telephone Conference to address the pending motion to compel (ECF No. 95), is scheduled for **Tuesday, December 27, 2022 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **Thursday, December 22, 2022**, the parties shall file a joint proposed plan for the completion of discovery.

Dated: New York, New York
December 16, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**