# DANNY GRACE PLLC
ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| Writer's email: | yuting@dannygracepc.com | 225 BROADWAY, SUITE 1200 |
| Writer Admitted in: | New York, United States District Court for the Southern and Eastern Districts of New York | NEW YORK, NY 10007<br>516-748-9848<br>718-732-2821 FAX |

Hon. Sarah L. Cave
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jessica Brooke Hall v. Scores Holding Company, Inc. et al.* 21 Civ. 3387 (JPC)(SLC)

Dear Judge Cave:

We represent Plaintiff in the above-referenced matter. We write to your Honor to respectfully request an adjournment of the pre-motion conference call in relation to Plaintiff's pending motion to compel (ECF Nos. 95 and 98).

This is our first request for an adjournment of the conference call. The conference call is scheduled for Tuesday, December 27, 2022, at 11:00 a.m. (ECF No.98). We respectfully request an adjournment to January 6, 2023, or to any date and time after January 29, 2023, that is convenient to the Court. Counsel for Defendants Scores Holding Company, Inc. and Harvey Osher graciously consents to Plaintiff's proposed date of January 6, 2023. This adjournment is required due to our pre-planned holiday vacations, including a previously planned vacation in January of our Principal Attorney.

Thank you for your time and consideration.

Dated: December 21, 2022

Sincerely,

_____/s/_____
Daniel Grace, Esq.
Yuting Li, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, NY 10007

# DANNY GRACE PLLC

ATTORNEYS AND COUNSELORS AT LAW

Writer's email: yuting@dannygracepc.com
Writer Admitted in: New York, United States District Court for the Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
516-748-9848
718-732-2821 FAX

(516) 748-9848
*Attorneys for Plaintiff Jessica Brooke Hall*

---

Plaintiff's letter-motion seeking to adjourn the conference scheduled for Tuesday, December 27, 2022 at 11:00 a.m. is GRANTED, and the conference is ADJOURNED to **Friday, January 6, 2023, at 3:00 p.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties do not request an adjournment of the deadline to file the joint proposed plan for the completion of discovery, which shall remain **Thursday, December 22, 2022**. (See ECF No. 98).

The Clerk of Court is respectfully directed to close ECF No. 99.

SO ORDERED 12/21/22

SARAH L. CAVE
United States Magistrate Judge