UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

              Plaintiff,

-v-

SCORES HOLDING COMPANY, INC. et al.,

              Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, January 6, 2023, the Court orders as follows:

1. Defendant Harvey Osher ("Osher") and his counsel shall confer and determine whether he has in his possession, custody, or control (i) Forms W-2 from his time at Defendant Club Azure LLC (the "Club"), or (ii) any documents that may demonstrate his relationship, employment or otherwise, with the Club. By **Friday, January 13, 2023**, Osher shall file a letter advising the Court of any such documents (the "Letter").

2. The Court holds in abeyance the entry of a fact discovery deadline, pending receipt of the Letter.

3. The Clerk of Court is respectfully directed to close ECF No. 95.

Dated:     New York, New York
            January 6, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**