UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

                Plaintiff,

-v-

SCORES HOLDING COMPANY, INC. et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter regarding Defendant Harvey Osher's production of Forms W-2 from his time at Defendant Club Azure LLC. (ECF No. 104 (the "Letter")). Considering the Letter, and the representations made by the parties in the January 6, 2023 conference, (see ECF min. entry Jan. 6, 2023), the Court orders as follows:

1. All fact discovery shall be completed by no later than **Monday, February 27, 2023**. By **Monday, March 6, 2023**, the parties shall file a joint letter certifying the completion of fact discovery. No further extensions of the fact discovery deadline will be granted absent extraordinary circumstances.

2. By **Monday, February 13, 2023**, the parties shall file a joint letter advising the Court of the status of fact discovery, at which time the Court will consider whether to schedule a conference with the parties.

Dated:    New York, New York  
            January 12, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**