UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

          Plaintiff,

-v-

SCORES HOLDING COMPANY, INC. et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 26, 2023, the Court directed Defendants to file their response to Plaintiff's letter dated January 25, 2023 (the "Response"). (ECF No. 107 at 4). To date, Defendants have not filed the Response. Accordingly, by **Tuesday, January 31, 2023**, Defendants shall file the Response.

Dated:     New York, New York
             January 29, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**