UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

        Plaintiff,

-v-

SCORES HOLDING COMPANY, INC. et al.,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 26, 2023, the Court held in abeyance Plaintiff's request to compel Defendants' counsel to provide a document list regarding her prior representation of Defendant Club Azure, LLC ("Club Azure"), and directed Defendants to respond by January 27, 2023 (the "Response"). (ECF No. 107). On January 30, 2023, Defendants filed the Response. (ECF No. 108). In the Response, Defendants' counsel adequately demonstrated that she does not have the authority to produce documents relating to her representation of Club Azure because she does not represent them in this action. Accordingly, to the extent Plaintiff's letter-motion seeks to compel Defendants' counsel to produce the document list (ECF No. 10 (the "Letter-Motion")), the Letter-Motion is DENIED.

Dated:    New York, New York
            January 31, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**