UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

          Plaintiff,

-v-

SCORES HOLDING COMPANY, INC. et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An in-person status conference is scheduled for **Friday, April 28, 2023 at 12:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York, to discuss the parties' failure to complete discovery by the Court-ordered deadline.

Dated:     New York, New York
            April 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**