UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

SCORES HOLDING COMPANY, INC. et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, May 8, 2023, the Court orders as follows:

1. By **May 12, 2023**, the parties shall file for the Court's approval an executed Confidentiality Stipulation and Proposed Protective Order, a template for which is available on the Court's website.

2. By **May 12, 2023**, Defendants' counsel shall confer with her clients and advise Plaintiff's counsel of available information regarding who represented Club Azure LLC in connection with the transaction in which Robert Gans sold Scores New York to Club Azure LLC and Mark Yackow.

3. By **May 17, 2023**, Plaintiff shall produce to Defendants copies of her tax returns for the tax years 2020, 2021, and 2022.

4. Defendants' counsel shall ascertain her clients' interest in participating in a settlement conference with the Court.

5. By **May 17, 2023**, Plaintiff shall file a letter indicating whether she intends to serve any non-party subpoenas, and whether both parties would be prepared to participate in a settlement conference with the Court in July.

| | |
|---|---|
| Dated:     New York, New York<br>             May 8, 2023 | SO ORDERED.<br><br>_____<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |