UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

          Plaintiff,

-v-

SCORES HOLDING COMPANY, INC., et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter (ECF No. 123) and Defendants' letter (ECF No. 124), and orders as follows:

1. On May 8, 2023, the Court ordered Plaintiff to produce to Defendants by May 17, 2023 copies of her tax returns for the tax years 2020, 2021, and 2022. (ECF No. 120). To the extent Plaintiff has not yet done so, she shall **immediately** produce to Defendants complete copies of those tax returns.

2. By **May 22, 2023**, Plaintiff shall file a letter reporting compliance as to production of copies of her tax returns for the tax years 2020, 2021, and 2022. In the letter, Plaintiff shall also respond to Defendants' request that she produce tax returns for the tax years 2016, 2017, 2018, and 2019.

Dated:    New York, New York
            May 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**