UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

            Plaintiff,

-v-

SCORES HOLDING COMPANY, INC., et al.,

            Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter (ECF No. 126) and Defendants' letter (ECF No. 127), and orders as follows:

1. Defendants continue to seek production of Plaintiff's tax returns for the tax years 2016, 2017, 2018, and 2019 (the "Tax Returns"). (ECF Nos. 124; 126). While Defendants' request is valid, the Court finds that it is appropriate to shift the cost of accessing the Tax Returns to Defendants. See Fed. R. Civ. P. 26(b)(1). Accordingly, the parties shall meet and confer to determine by what date Plaintiff will obtain and produce the Tax Returns and when and how Defendants will reimburse Plaintiff for fees she may incur to access and/or download the Tax Returns.

2. By **May 30, 2023**, the parties shall file a joint status letter regarding the Tax Returns.

Dated:     New York, New York
          May 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**