UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

                        Plaintiff,

-v-

SCORES HOLDING COMPANY, INC., et al.,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 3387 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter (ECF No. 129) and Defendants' letter (ECF No. 130), and orders as follows:

1. The Court interprets Defendants' letter to indicate that they continue to seek production of Plaintiff's tax returns for the tax years 2016, 2017, 2018, and 2019 (the "Tax Returns"). (ECF No. 130). The Court reminds Defendants of the prior ruling that "it is appropriate to shift the cost of accessing the Tax Returns to Defendants." (ECF No. 128). Thus, by indicating that they continue to seek the Tax Returns, Defendants have signified that they are prepared to bear the costs Plaintiff incurs in obtaining them.

2. Accordingly, by June 7, 2023, Plaintiff shall submit a request for the Tax Returns and pay the associated fee of $172.00 plus tax. On receipt of the Tax Returns, Plaintiff shall provide Defendants with an invoice reflecting the fee she incurred, and Defendants shall reimburse Plaintiff in full within three (3) business days of receipt thereof. Once Plaintiff receives payment, Plaintiff shall produce the Tax Returns to Defendants within two (2) business days, and notify the Court that the Tax Returns

have been produced.  If Defendants do not remit payment to Plaintiff within three (3) business days of receipt of the invoice, Plaintiff shall also notify the Court.

3. By **June 14, 2023**, the parties shall file a joint status letter regarding the Tax Returns.

Dated:     New York, New York           SO ORDERED.
           May 31, 2023

_____
**SARAH L. CAVE
United States Magistrate Judge**