UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BROOKE HALL,

                Plaintiff,

-v-                                CIVIL ACTION NO. 21 Civ. 3387 (JPC) (SLC)

SCORES HOLDING COMPANY, INC., et al.,        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's July 21, 2023 Order, the parties were required to file a stipulation of dismissal for the attention of the Honorable John P. Cronan by October 10, 2023. (ECF No. 137). The parties have not done so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **October 17, 2023**. The parties are warned that failure to file the stipulation of dismissal by this deadline may result in dismissal of the action.

Dated:      New York, New York                SO ORDERED.
             October 11, 2023

                                                        _____
                                                        SARAH L. CAVE
                                                        **United States Magistrate Judge**